**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01174-CV

### IN RE: ROBERT P. BAXTER, JR. AND MARSHA ELLISON
### D/B/A ELLISON LEASE OPERATING, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14831**

## ORDER
Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/ ROBERT M. FILLMORE
JUSTICE